# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Mrini, | No. CV-26-03059-PHX-JCH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.)  The Court directed Respondents to show cause why it should not grant the Petition.  (Doc. 3.)  In their Response, Respondents "do not oppose Petitioner's release from custody at this time." (Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **granted** as to his request for release from custody.  Any remainder of the Petition is **denied as moot**.

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from DHS custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents shall provide notice of compliance within **two days** of releasing Petitioner from DHS custody.

**IT IS FINALLY ORDERED** that any pending motions are **denied as moot** and the Clerk of Court shall **enter judgment** in Petitioner's favor and close this case.

Dated this 12th day of May, 2026.

John C. Hinderaker
United States District Judge